IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY TUCKER, | ) |
| | ) |
| Plaintiff, | ) Case No.: 17 cv 2331 |
| | ) |
| v. | ) Judge Virginia M. Kendall |
| | ) |
| CITY OF CHICAGO DETECTIVES J. | ) Magistrate Judge Maria Valdez |
| LALLY, STAR NO. 21454, D. GILLESPIE, | ) |
| STAR NO. 20970, R. WEBER, STAR NO. | ) |
| 21072, and J. GONZALEZ, STAR NO. 20210, | ) |
| UNKNOWN AND UNNAMED CITY OF | ) |
| CHICAGO POLICE OFFICERS, and THE | ) |
| CITY OF CHICAGO, | ) |
| | ) |
| Defendants. | ) |

## FINAL PRETRIAL ORDER

NOW COME the parties, by their attorneys of record, and for their Proposed Final Pretrial Order, state as follows:

1. This is an action for violation of civil rights in that Plaintiff claims his 4th and Fourteenth Amendment Rights were violated. Jurisdiction is invoked under 28 U.S.C. Sections 1343, 1331 and 1367. Jurisdiction is not disputed.

2. The following stipulation or statement of uncontested facts, which will become a part of the evidentiary record in the case:

   (a) Uncontested facts

       a. On February 9, 2014, John Serpe was shot and killed during a robbery.

       b. There were two female witnesses to the murder of John Serpe: Monica Carter and Mahagony Lewis.

       c. On February 18, 2014, Plaintiff was arrested for the murder of John Serpe.

      d. On the dates of April 14 and May 17, 2016 a bench trial was held and plaintiff was found not guilty of all criminal charges.

      e. Defendants, Detectives Lally, Gillespie, and Gonzales were acting under color of law at all relevant times.

(b)      Description of the case:

The Plaintiff is Anthony Tucker. The Defendants are Detectives John Lally, Jacinto Gonzales, Daniel Gillespie, and the City of Chicago. On February 18, 2014 Mr. Tucker was arrested and subsequently prosecuted for the murder of John Serpe. Mr. Tucker alleges that his prosecution and pretrial detention were without probable cause and caused by the Defendants engaging in misconduct which included coercing witnesses to identify him in a photo array and lineup and suppressing the statements of other alibi witnesses who had indicated that Mr. Tucker had been with them at the time of the murder Mr. Tucker remained incarcerated for the murder until he was found not guilty at a trial on May 17, 2016. Mr. Tucker claims damages as a result of the actions of the defendants.

The Defendants deny that they engaged in any wrongdoing and deny that the Plaintiff was damaged because of their conduct.

(c)      The exhibit schedules are attached as exhibit C.

(d)      Plaintiff's witnesses:

       1.     Anthony Tucker

       2.     Brother Jim Fogarty

       3.     John Lally

4. Jacinto Gonzalez

5. Monica Carter

6. Reginald Riley

7. Annie Lloyd

8. Marvin Lloyd

9. Maurice Lloyd

10. Viola Orr

11. Daniel Gillespie

12. Andrea Webber

13. Felicia Weiss

14. John Maher

15. Jamie Santini

16. Joseph Hodel

17. Deborah Talbert

18. Ruben Weber

Defendants' objections: Defendants do not object to Plaintiff's witnesses 1-18 being called at trial.

Defendants' witnesses:

1. Anthony Tucker

2. John Lally

3. Jacinto Gonzalez

4. Monica Carter

5. Mahagony Lewis

3

      6.     Annie Lloyd

      7.     Daniel Gillespie

      8.     John Maher

      9.     Jamie Santini

      10.    Joseph Hodel

      11.    Ruben Weber

Plaintiff's objections to Defendant's witnesses:

      1. Mahagony Lewis: her deposition was not taken because she could not be located.

Defendants' Response:

      1. Ms. Lewis has been known to all parties since the inception of this litigation and was disclosed in Defendants' 26(a)(1) initial disclosures as well as numerous police documents tendered to Plaintiff during discovery. Defendants diligently attempted to locate, serve, and depose Ms. Lewis during discovery to no avail, which was reported to this Court during status hearings. Ms. Lewis was just successfully served with a trial subpoena.

Defendants reserve the right to call any witness listed on Plaintiff's witness list at trial.

(e)    There are no expert witnesses.

(f)    There are no depositions to be read into evidence as of this time. However, the parties are unsure if Monica Carter or Mahagony Lewis will appear for trial and will work together to prepare transcript designations prior to the pretrial conference.

4

(g) An itemized statement of damages is as follows:

Plaintiff's damages consist of general damages of emotional distress which are not capable of computation.

(h) (i) Trial briefs are not required.

(ii) The marked proposed jury instructions, and verdict forms will be filed under separate cover in accordance with the Court's April 26, 2019 Order.

(iii) The parties' Proposed voire dire questions are attached as exhibit K.

(i) The parties have completed discovery.

(j) The Parties' Motions in Limine will be filed under separate cover in accordance with the Court's April 26, 2019 Order.

(3) Trial of this case is expected to take 7-8 trial days.

(4) This is to be a jury trial.

(5) The parties recommend that 12 jurors be selected at the commencement of the trial.

(6) The parties agree that the issues of liability and damages should not be bifurcated at trial.

(7) The parties do not consent to this case being tried by a magistrate.

(8) This Order will control the course of the trial and may not be amended except by consent of the parties and the court, or by order of the court to prevent manifest injustice.

(9) Possibility of settlement was considered by the parties.

| | |
|---|---|
| BY: /s/Edward M. Fox | By: *Mark D. Winistorfer* |
| ED FOX & ASSOCIATES, Ltd.<br>Attorneys for Plaintiff<br>300 West Adams<br>Suite 330<br>Chicago, Illinois 60606<br>(312) 345-8877<br>efox@efoxlaw.com | Mark Winistorfer<br>Assistant Corporation Counsel<br>City of Chicago Department of Law<br>30 N. LaSalle St., Ste. 900<br>Chicago, Illinois 60602<br>(312) 744-6905<br>mark.winistorfer2@cityofchicago.org |

6

# Exhibit C

**PLAINTIFF'S EXHIBIT LIST**

| Exhibit No. | Bates | Description | Objections |
| --- | --- | --- | --- |
| 1 | FCRL 1513-1515 | Mahagony Lewis statement | No objection for use as impeachment or for refreshing recollection. Objection for any other purpose pursuant to FRE 403, 801, and 805. |
| 2 | FCRL 1464-1466 | Mahagony Lewis photo spread Advisory form 2/9/14 | No Objection. |
| 3 | FCRL 1458-1463 | Mahagony Lewis photo spread Advisory form 2/9/14 | No Objection. |
| 4 | FCRL 1467-1469 | Mahagony Lewis photo spread Advisory form 2/13/14 | No Objection. |
| 5 | FCRL 1474-1480 | Mahagony Lewis Progress Line Up Report 2/16/14 (date of lineup) | No objection for use as impeachment or for refreshing recollection. Objection for any other purpose pursuant to FRE 403, 801, and 805. |
| 6 | 1434-1445 | Mahagony Lewis video statement log | No objection to FCRL 1439-1441 or for refreshing recollection. Objection for any other purpose pursuant to FRE 403, 801, 805, and 901. |
| 7 | FCRL 1470-1473 | Monica Carter photo spread Advisory Form 2/13/14 | No Objection. |
| 8 | FCRL 1481-1487 | Monica Carter Progress Line Up Report 2/16/14 (date of lineup) | No objection for use in impeachment or refreshing recollection. Objection for any other purpose pursuant to FRE 403, 801, and 805. |
| 9 | 1421-1424 | Monica Carter video statement log | No objection for use in refreshing recollection. Objection for any other |

| | | | |
|---|---|---|---|
| | | | purpose pursuant to FRE 403, 801, 805, and 901. |
| 10 | 1490 | GPR with statement | No objection for use in refreshing recollection. Objection for any other purpose pursuant to FRE 403, 801, and 805. |
| 11 | 1496 | GPR with witnesses interviewed | No objection for use in refreshing recollection. Objection for any other purpose pursuant to FRE 403, 801, and 805. |
| 12 | 1447-1452 | Annie Lloyd statement | No objection for use in refreshing recollection or impeachment. Objection for any other purpose pursuant to FRE 403 and 801. |
| 13 | 1453-1457 | Marvin Lloyd statement | No objection for use in refreshing recollection or impeachment. Objection for any other purpose pursuant to FRE 403 and 801. |
| 14 | 1499-1500 | Marvin, Annie and Maurice Lloyd GPR | No objection for use in refreshing recollection or impeachment. Objection for any other purpose pursuant to FRE 403, 801, and 805. |
| 15 | 1493 | GPR re past phone numbers of Mickey Mouse | No objection for use in refreshing recollection or impeachment. Objection for any other purpose pursuant to FRE 403, 801, and 805. |
| 16 | 1498 | GPR Calvin Bright statement | No objection for use in refreshing recollection or impeachment. Objection for any other purpose pursuant to FRE 403, 801, and 805. |
| 17 | 1503-1504 | G PR interview with Antonia Serpe | No objection for use in refreshing recollection or impeachment. Objection for any other |

| | | | |
|---|---|---|---|
| | | | purpose pursuant to FRE 403, 801, and 805. |
| 18 | 1509 | GPR re misc info | No objection for use in refreshing recollection or impeachment. Objection for any other purpose pursuant to FRE 403, 801, and 805. |
| 19 | 1532-14537 | Calvin Bright criminal history | No objection for use in refreshing recollection. Objection for any other purpose pursuant to FRE 401 and 403. |
| 20 | 2305-2309 | photos of physical lineup | No Objection. |
| 21 | 1496 | GPR re people interviewed. | No objection for use in refreshing recollection or impeachment. Objection for any other purpose pursuant to FRE 403, 801, and 805. |
| 22 | 1511 | GPR (James and Peterson interviewed) | No objection for use in refreshing recollection or impeachment. Objection for any other purpose pursuant to FRE 403, 801, and 805. |
| 23 | 1512 | GPR (James and Diggs interviewed) | No objecIon for use in refreshing recollection or impeachment. Objection for any other purpose pursuant to FRE 403, 801, and 805. |
| 24 | 1254-1263 | Case Supplemental Report – scene investigation. | No objection for use in refreshing recollection or impeachment. Objection for any other purpose pursuant to FRE 403, 801, and 805. |
| 25 | 319-327 | Arrest Report for Tucker | No objection for use in refreshing recollection or impeachment. Objection for any other purpose pursuant to FRE 403, 801, and 805. |
| 26 | 1274-1286 | Case Supp. Report | No objection for use in refreshing recollection |

| | | | |
|---|---|---|---|
| | | | or impeachment. Objection for any other purpose pursuant to FRE 403, 801, and 805. |
| 27 | 1322-1329 | Case Supplementary Report | No objection for use in refreshing recollection or impeachment. Objection for any other purpose pursuant to FRE 403, 801, and 805. |
| 28 | 1251-1252 | Original Case Incident Report | No objection for use in refreshing recollection or impeachment. Objection for any other purpose pursuant to FRE 403, 801, and 805. |
| 29 | 890-891 | Crime Scene Processing Report (cartridge case) | No objection for use in refreshing recollection. Objection for any other purpose pursuant to FRE 401, 403, and 901. |
| 30 | 892-893 | Crime Scene Processing Report (buccal swab) | No objection for use in refreshing recollection. Objection for any other purpose pursuant to FRE 401 403, and 901. |
| 31 | 894-895 | Crime Scene Processing Report (lineup photos) | No objection for use in refreshing recollection. Objection for any other purpose pursuant to FRE 401, 403, and 901. |
| 32 | 896-897 | Crime Scene Processing Report (buccal, GSR sample, etc) | No objection for use in refreshing recollection. Objection for any other purpose pursuant to FRE 401, 403, and 901. |
| 33 | 898-899 | Crime Scene Processing Report (misc) | No objection for use in refreshing recollection. Objection for any other purpose pursuant to FRE 401, 403, and 901. |
| 34 | 1521-1524 | Illinois State Police Lab Report (group exhibit) | Objection: FRE 401, 403, and 901. |
| 33 | 1365 | Probable Cause Statement for Judicial Determination (ASA) | No objection to refreshing recollection or impeachment. |

| | | | |
|---|---|---|---|
| | | | Objection for any other purpose pursuant to FRE 401, 403, and 901. |
| 36 | 1349 | Felony Minute Sheet (ASA) | No objection to refreshing recollection or impeachment. Objection for any other purpose pursuant to FRE 401, 403, 801 and 805. |
| 37 | 336 | Mug shot Tucker | No objection |
| 38 | 2299-2304 | Photos of Anthony Tucker | Objection: FRE 401 and 403. |
| 39 | 2310-2315 | Photos of Anthony Tucker | Objection: FRE 401 and 403. |
| 40 | 1368-1408 | Anthony Tucker – Video Statement Log | No objection for use in refreshing recollection. Objection for any other purpose pursuant to FRE 403, 801, 805, and 901. |
| 41 | 012082 - 012089 | Anthony Tucker – Video in lockup | No objection, excerpts to be determined. |
| 42 | 904 | Crim History (first page only) | No objection to refreshing recollection. Objection for any other purpose pursuant to FRE 106, 401, and 403. |
| 43 | 2037-2075 | transcript 2/19/16 | No objection to refreshing recollection or impeachment. Objection for any other purpose pursuant to FRE 401 and 403. |
| 44 | 2088-2094 | transcript 3/3/16 | No objection to refreshing recollection or impeachment. Objection for any other purpose pursuant to FRE 401 and 403. |
| 45 | 2155-2187 | transcript 1/12/16 | No objection to refreshing recollection or impeachment. Objection for any other purpose pursuant to FRE 401 and 403. |

| 46 | | Bench Trial transcript | No objection to refreshing recollection or impeachment. Objection for any other purpose pursuant to FRE 401 and 403. |
| --- | --- | --- | --- |
| 47 | 8265-8448 | Grand jury transcript | No objection to refreshing recollection or impeachment. Objection for any other purpose pursuant to FRE 401 and 403. |
| 48 | Pltf. 395 - 980 | Various pages from Medical/Mental Health Records | Objection: FRE 401, 403, 801, 805, and 901. |
| 49 | 7880-7882 | Lineup policies | Objection: FRE 401, 403, and 901. |

| Defendants' Exhibit No. | Description of Exhibit | Objection and basis | Assertion of Admissibility |
|---|---|---|---|
| 1. | Mahogany Lewis photo spread Advisory form 2/9/14 FCRL 1464-1466 | | |
| 2. | Mahogany Lewis photo spread Advisory form 2/9/14 FCRL 1458-1463 | | |
| 3. | Mahogany Lewis photo spread Advisory form 2/13/14 FCRL 1467-1469 | | |
| 4. | Mahogany Lewis ERI FCRL 012082 – 012089 (excerpts). | | |
| 5. | Mahogany Lewis Signed Exhibits (February 16,2014) FCRL 1439-1441 | | |
| 6. | Monica Carter photo spread Advisory Form 2/13/14 FCRL 1470-1473 | | |
| 7. | Monica Carter's ERI FCRL 012082 – 012089 (excerpts). | | |
| 8. | Monica Carter's signed exhibits (February 16, 2014) FCRL 1426-1428 | | |
| 9. | Area File for RD #HX144647, FCRL 1251-1546. | | For use as refreshing recollection. |

1

| | | |
|---|---|---|
| 10. | Lineup photos FCRL 2305-2309 | |
| 11. | Booking photo of Anthony Tucker FCRL 336 | |
| 12. | Anthony Tucker –ERI FCRL 012082 - 012089 | |
| 13. | Transcript of proceedings in 14CR04613 2/19/16 FCRL 2037-2075 | |
| 14. | transcript of proceedings in 14CR04613 3/3/16 FCRL 2088-2094 | |
| 15. | Transcript of proceedings in 14CR04613 ) 1/12/16 FCRL 2155-2187 | |
| 16. | Transcript of proceedings in 14CR04613 on dates 4/14/2016and 5/17/2016 FCRL 1857-1948 and 1949-2036 | For use as impeachment or for refreshing recollection. |
| 17. | Grand jury transcript FCRL 8265-8448 | For use as impeachment or for refreshing recollection. |
| 18. | Security Camera footage FCRL 8569-8572 | |
| 19. | Certified Copy of Conviction case #18CR0733201- Anthony Tucker | For 609 impeachment only. |
| 20. | Certified Copy of Conviction case | For impeachment only. |

2

|     |                                                              |                                                      |
| --- | ------------------------------------------------------------ | ---------------------------------------------------- |
|     | #91CR0167401 – Anthony Tucker                                |                                                      |
| 21. | Deposition Transcript of Anthony Tucker                      | For use as impeachment or for refreshing recollection. |
| 22. | Deposition Transcript of Brother Jim Fogarty                 | For use as impeachment or for refreshing recollection. |
| 23. | Deposition Transcript John Lally                             | For use as refreshing recollection.                  |
| 24. | Deposition Transcript Jacinto Gonzalez                       | For use as refreshing recollection.                  |
| 25. | Deposition Transcript of Monica Carter                       | For use as impeachment or for refreshing recollection. |
| 26. | Deposition Transcript of Mahogany Lewis                      | For use as impeachment or for refreshing recollection. |
| 27. | Deposition Transcript of Reginald Riley                      | For use as impeachment or for refreshing recollection. |
| 28. | Deposition Transcript of Annie Lloyd                         | For use as impeachment or for refreshing recollection. |
| 29. | Deposition Transcript of Marvin Lloyd                        | For use as impeachment or for refreshing recollection. |
| 30. | Deposition of Maurice Lloyd                                  | For use as impeachment or for refreshing recollection. |
| 31. | Deposition Transcript of Viola Orr (November 2, 2018)        | For use as impeachment or for refreshing recollection. |
| 32. | Deposition Transcript Daniel Gillespie                       | For use as refreshing recollection.                  |
| 33. | Deposition Transcript of Andrea Webber                       | For use as impeachment or for refreshing recollection. |
| 34. | Deposition Transcript Felicia Weiss                          | For use as impeachment or for refreshing recollection. |

3

| | | |
|---|---|---|
| 35. | Deposition Transcript of John Maher | For use as impeachment or for refreshing recollection. |
| 36. | Deposition Transcript of Jamie Santini | For use as impeachment or for refreshing recollection. |
| 37. | Deposition Transcript of Joseph Hodel | For use as impeachment or for refreshing recollection. |
| 38. | Deposition Transcript of Deborah Talbert | For use as impeachment or for refreshing recollection. |
| 39. | Deposition Transcript of Ruben Weber. | For use as refreshing recollection. |
| 40. | Defendants reserve the right to use any exhibits offered by the Plaintiff. | |

4